UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO.  21-CR-35 (EGS) |
| | : | |
| **JEFFREY SABOL, et al** | : | |
| Defendants. | : | |

## ORDER

In light of the government's Motion to Unseal, and the entire record herein, this Court grants the government's Motion, and the matter is unsealed.

Date: _____

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLUMBIA