**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:21-cr-35-EGS** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY SABOL** | : | |

## NOTICE OF FILING OF VIDEO EXHIBIT

Per the bond motion filed in Mr. Sabol's case, undersigned counsel hereby provides notice to the Court and to the government of a video exhibit in support of the bond motion. The video will be provided to the parties via mail.

 /s/ Jon w. Norris
Jon W. Norris, D.C. Bar No. 426105
Attorney for Jeffrey Sabol
The Law Offices of Jon W. Norris
503 D Street, NW, Suite 250
Washington, DC 20001
Tel: (202) 371-0300
Fax: (202) 842-2627