UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-35-EGS |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY SABOL** | : | |

## JOINT STATUS REPORT

Per the Court's March 23rd Minute Order requesting mutually available dates to reschedule the continued March 23rd bond hearing for Mr. Sabol, the parties have conferred regarding scheduling. The parties are both available the following dates/times:

1. March 31st anytime.
2. April 1st in the morning.
3. April 7th in the afternoon.
4. April 8th and April 9th after 11 AM.
5. April 13th and April 16th anytime.

Respectfully submitted,

/s/ Jon w. Norris
Jon W. Norris, D.C. Bar No. 426105
Attorney for Jeffrey Sabol
The Law Offices of Jon W. Norris
503 D Street, NW, Suite 250
Washington, DC 20001
Tel: (202) 371-0300
Fax: (202) 842-2627