UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : 21-CR-35 (EGS) |
| | : |
| **JACK WADE WHITTON,** | : |
| **Defendant.** | : |

## ORDER

This matter came before the Court on the government's motion for review of a decision by U.S. Magistrate Judge Regina D. Cannon, U.S. District Court for the Northern District of Georgia, to release Defendant Jack Wade Whitton pending trial and for a stay of Defendant Whitton's release pending a hearing on the motion for review of the release order. Upon consideration of that motion, it is by the Court this 5th day of April, 2021

ORDERED, that a hearing on the government's motion is set for the 12th day of April 2021 at 1:00 p.m.; and it is further

ORDERED, that the order releasing Defendant Whitton shall be stayed pending a ruling on the government's motion and Defendant Whitton shall be held without bond until the Court has issued that ruling.

THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA