| | |
|---|---|
| Government ☐ | |
| Plaintiff ☐ | |
| Defendant ☑ | UNITED STATES |
| Joint ☐ | VS. |
| Court ☐ | JEFFREY SABOL |

Civil/Criminal No. CR 21-035-01

**FILED**
APR 08 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | JURY (date & time) |
|---|---|---|---|---|---|
| 1. | VIDEO CLIP | 4/8/21 | N/A | N/A | N/A |
| 2. | VIDEO CLIP | 4/8/21 | N/A | N/A | N/A |