Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES

VS.

JEFFREY SABOL

Civil/Criminal No. CR 21-035

FILED
APR 0 8 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS TO JURY (date & time) |
|---|---|---|---|---|---|
| 2. | BWC CLIP FROM OFFICER A.W. | 4/8/21 | N/A | N/A | N/A |
| 3. | CLIP FROM YOUTUBE - STORYFUL VIDEO | 4/8/21 | N/A | N/A | N/A |
| 4. | PHOTO | 4/8/21 | N/A | N/A | N/A |
| 5(a) | BWC CLIP FROM OFFICER C.A. | 4/8/21 | N/A | N/A | N/A |
| 6. | BWC CLIP FROM FELLOW OFFICER | 4/8/21 | N/A | N/A | N/A |