UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY SABOL,<br><br>            Defendant. | Crim. Action No. 21-35-1 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Mr. Sabol's motion for pretrial release is **DENIED**.

**SO ORDERED.**

**Signed:** _____
**Emmet G. Sullivan**
**United States District Judge**
**April 14, 2021**