# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Criminal No. 21-cr-00035-EGS** |
| ) | **(Release Order 21-mj-233)** |
| **CLAYTON RAY MULLINS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Clayton Ray Mullins, by and through undersigned counsel, respectfully moves this Honorable Court to modify the Order Setting Conditions of Release (ECF no. 11) issued on March 2, 2021 by Chief Judge Beryl A. Howell. Mr. Mullins was released on a personal recognizance bond with the condition of home detention under courtesy supervision by the Western District of Kentucky (WDKY) (ECF no. 11-1). The release order permitted Mr. Mullins to leave his residence for employment but restricted his travel to the WDKY. We specifically ask the Court to modify this provision and permit travel beyond the WDKY. That is, throughout Kentucky and to other states for employment purposes as approved by the United States Pretrial Services Office in the WDKY - Paducah Division.

Mr. Mullins owns and operates Mullins Machinery, LLC, in Hickory, Kentucky which buys, restores and sells trucks, trailers and heavy equipment. A critical part of this business is buying and selling machinery at auctions in Kentucky and nearby states. Assistant United States Attorney Colleen Kukowski and WDKY Pretrial Services Officer Joshua Rose kindly consent to this motion.

<*Signature Block on Next Page*>

Respectfully submitted,

_____/s/_____
Pat Munroe Woodward, Esq.,
D.C. Bar No. 436662
1783 Forest Drive, No. 330
Annapolis, MD  21401
Phone:  202-246-4679
Fax:  443-216-9812
patmwoodwardjr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2021, I electronically filed the foregoing Motion and proposed Order with the Clerk of Court using the CM / ECF system, which will send an electronic notification of such filing to all counsel of record.

_____/s/_____
Pat Munroe Woodward, Esq.