**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.     ) | **Criminal No. 21-cr-00035-EGS** |
| ) | **(Release Order 21-mj-233)** |
| **CLAYTON RAY MULLINS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Defendant's Consent Motion to Modify Conditions of Release, with the agreement of the Pretrial Services and United States Attorney's Offices, it is this _____ day of April, 2021,

**ORDERED**, that the Order Setting Conditions of Release (ECF No. 11) issued on March 2, 2021, is hereby modified to permit Defendant's travel beyond the Western District of Kentucky for employment purposes as approved by the Pretrial Services Office - Paducah Division.

All other conditions of release remain in full force and effect.

_____
Emmet G. Sullivan
United States Judge