AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __Columbia__

United States of America
    Plaintiff(s),
V.
Jeffrey Sabol
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:21-cr-35-EGS

Notice is hereby given that, subject to approval by the court, __Jeffrey Sabol__ substitutes
(Party (s) Name)

__Alex Cirocco, Esq.__ , State Bar No. __NJ-196662017__ as counsel of record in
(Name of New Attorney)

place of __Jon Norris, Esq.__ .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Alex Cirocco, LLC |
| Address: | 600 Getty Ave., Suite 305 |
| Telephone: | 973-327-9995    Facsimile  1 973-860-2923 |
| E-Mail (Optional): | alex@ciroccolaw.com |

I consent to the above substitution.
Date: 6/22/2021

s/Jeffrey Sabol (electronically signed by New Attorney due to client being incarcerated)
(Signature of Party (s))

I consent to being substituted.
Date: 6/21/2021

*(signature)*
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 6/21/2021

Alex Cirocco    Digitally signed by Alex Cirocco
                Date: 2021.06.21 11:02:03 -04'00'
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Print   Save As...   Export as FDF   Retrieve FDF File   Reset