

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

July 19, 2021

*VIA Email and USAfx*

ALEX CIROCCO
Counsel for Jeffrey Sabol

DAVID BENOWITZ
RAMMY BARBARI
Counsel for Peter Stager

DENNIS BOYLE
BLERINA JASARI
Counsel for Michael Lopatic

PAT M. WOODWARD JR.
Counsel for Clayton Mullins

BEN ALPER
Counsel for Jack Wade Whitton

      Re:    *United States v. Sabol et al*
               Case No. 21-CR-35 (EGS)

Dear Counsel:

      We are writing to provide you with preliminary discovery in this case through USAFx. This material is subject to the terms of the Protective Order issued in this case. The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

The files discussed below are available for download on USAfx at: https://usafx.box.com/s/foh10zm3zshgpdlkx6jzxpwy1fh3besm

<u>Video from Witness 1</u>

We are providing you with a one hour and ten minute video provided to the government by an individual hereinafter referred to as Witness 1. The video file is named jan6phonerecovery.

As detailed in the documents listed below, Witness 1 received a one-time payment of $2,000 for Witness 1's services, namely allowing the Government to use Witness 1's videos, and removing Witness 1's watermark from the videos.

- r_U__FOUO_Request_For_One_Time_Non-CHS_Payment.pdf (2 pages)
- r_U__FOUO_Receipt_of_Video_from_[W-1].pdf (2 pages)
- r_U__FOUO_Request_For_One_Time_Non-CHS_Payment_1.pdf (3 pages)

<u>Additional Officer Interviews</u>

We are also providing you with two additional memorandums of interviews of law enforcement who were located at the Lower West Terrace:

- r_0176-MP-3373451_0000048 (USCP Officer [B.B.]).pdf (2 pages)
- r_(U__FOUO)_Interview_of_[J.P.].pdf (9 pages)

If you have any questions, please feel free to contact me.

*/s/ Colleen D. Kukowski*
**COLLEEN D. KUKOWSKI**
Assistant United States Attorney

**BENET KEARNEY**
Assistant United States Attorney