PS3 (12/05-Rev. for PACTS 6/11)                                      Jeffrey P Sabol, / Unassigned

In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party and shall remain confidential as provided in Title 18 U.S.C. § 3153(c)(1).

# PRETRIAL SERVICES REPORT

| District/Office<br>Southern District Of New York/White Plains | Charge(s) (Title, Section, and Description)<br>**Count 1:** Title 18 U.S.C. § 231(a) - Civil Disorder |
|---|---|
| Judicial Officer<br>Honorable Andrew E. Krause<br>U.S. Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>Unassigned | Case No. 1:21-cr-35-EGS |

# DEFENDANT

| Name<br>Sabol, Jeffrey P | | Employer/School<br>Kemron Environmental Services (works from home) | |
|---|---|---|---|
| Other Names on Charging Document | | | |
| ███████████<br>███████████ | | Employer/School Address<br>Atlanta, GA | |
| At Address Since<br>07/01/2012 | Time in Community of Residence<br>28 years | Monthly Income | Time with Employer/School<br>6 years, 6 months |

**INTRODUCTION:**

Pretrial Services met with a case agent who advised that the defendant was taken into custody from Westchester Medical Center psychiatric on January 22, 2021 without incident and is scheduled to appear before Your Honor today for initial presentment.

The following personal history information was provided by the defendant during a telephonic interview conducted by Pretrial Services on January 22, 2021 and corroborated where noted with (c) by the defendant's girlfriend, ███████████ who advised that she is employed and willing to cosign a bond on the defendant's behalf.

Pretrial Services corroborated the defendant's name, social security number, date of birth, current and prior address via LexisNexis Accurint.

**DEFENDANT HISTORY / RESIDENCE / FAMILY TIES:**

The defendant, age 51, advised that he was born and raised in New York and is a citizen of the United States.

Page 1

PS3 (12/05-Rev. for PACTS 6/11)                                                      Jeffrey P Sabol, / Unassigned

The defendant reported he has lived in Colorado for the past 28 years. He informed that he has lived at the above cited address since 2012 and resides there with girlfriend and sometimes with his daughters (ages: 19, 19 and 15) (c). The defendant noted that he will continue to reside there if released. The defendant advised that prior thereto, he resided at 20948 Taos Road, Indian Hills, CO (c) for approximately 12 years.

The defendant informed that he is one of three children born to the union of ▮▮▮▮▮▮▮▮▮▮ and that his parents reside in New York (c). He reported that his sister lives in ▮▮▮▮ and his brother is deceased (c). The defendant advised that he is divorced (6 to 8 years) and that this union produced three children (19 year old twins and a 15 year old) (c). He indicated that he maintains contact with his family.

The defendant reported he does have a U.S. passport and it is in the possession of the FBI. On the advice of counsel, the defendant did not provide information regarding travel outside of the United States.

**EMPLOYMENT HISTORY / FINANCIAL RESOURCES:**

The defendant advised that he is currently working for the above captioned employer as a Senior Geophysical Manager (c) and he has been employed with this company for approximately 6 ½ years. The defendant indicated that prior thereto, for a period of 13 years, he worked for ECC. He noted he also worked for Parsons Environmental for 1 year. He stated he has been in the environmental, oil, and gas field for many years.

**Finances:**

On the advice of counsel, the defendant did not disclose his financial information.

**HEALTH:**

**Physical Health:**

The defendant advised that prior to a few weeks ago, he was in good physical health.

**Mental Health:**

On the advice of counsel, the defendant did not disclose any mental health information. He did note that he was not currently suicidal.

**Substance Abuse:**

The defendant did not report any current or history of substance abuse.

**PRIOR RECORD:**

A criminal record check conducted through the Department of Criminal Justice Services (DCJS) and National Crime Information Center (NCIC) via the eJustice NY portal, revealed the following arrest history:

| Date of Arrest | Agency | Charge | Disposition |
|---|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮ |

PS3 (12/05-Rev. for PACTS 6/11)                                      Jeffrey P Sabol, / Unassigned



**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Unknown Financial Ties
2. Unknown Travel History
3. Possession of a Passport
4. Possible Mental Health issues

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of Instant Offense
2. Prior Criminal History/Child Abuse Arrest

**RECOMMENDATION:**

To reasonably assure the defendant's appearance and the safety of the community, Pretrial Services respectfully recommends the defendant be released on an unsecured bond to be cosigned by three financially responsible persons with the following additional conditions of release:

1. Pretrial Services supervision as directed
2. Surrender any travel documents and do not apply for travel documents
3. Travel restricted to Colorado, and the District of Columbia for Court purposes or meetings with counsel only
4. Home Detention enforced by location monitoring; defendant is permitted to self-install the location monitoring equipment
5. Mental Health evaluation/treatment as directed
6. Not possess a firearm, destructive device, or other weapon
7. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner.
8. All conditions be satisfied prior to release

Page 3

PS3 (12/05-Rev. for PACTS 6/11)                                      Jeffrey P Sabol, / Unassigned

Pretrial Services respectfully recommends that the defendant submit to a urinalysis upon release as directed and if the results return positive for an illicit substance, then he be subject to drug testing/treatment as directed by Pretrial Services.

| Pretrial Services Officer<br>Vincent  Adams<br>USPSO | Date<br>1/22/2021 | Time<br>1306 |
|---|---|---|
| Reviewed By<br>Cynthia  Labrovic, USPSO | | |