IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 21 Cr. 35 (EGS) |
| JEFFREY SABOL | : | |

## GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and defense counsel on September 18, 2021 via USAfx, in relation the Government's Opposition to Defendant's Motion for Bond Reconsideration (ECF No. 119). These exhibits will be offered into evidence during the hearing scheduled for October 7, 2021. Because they are video clips, the exhibits are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government Exhibit 2 is a clip from an open source video showing the riots at the U.S. Capitol on January 6, 2021. The clip is approximately 13 seconds long. The events depicted in the exhibit occurred at approximately 2:04 p.m. EST on January 6, 2021.

2. Government Exhibit 3 is a clip from the body-worn camera video of Officer M.T. with the Metropolitan Police Department. The clip is approximately 23 seconds long. The events depicted in the exhibit occurred at approximately 2:04 p.m. EST on January 6, 2021.

3. Government Exhibit 4 is a clip from the body-worn camera video of Officer J.M. with the Metropolitan Police Department. The clip is approximately 21 seconds long. The events depicted in the exhibit occurred at approximately 2:04 p.m. EST on January 6, 2021.

4. Government Exhibit 5 is a clip from the body-worn camera video of Officer H.F. with the Metropolitan Police Department. The clip is approximately 12 seconds long. The events depicted in the exhibit occurred at approximately 2:27 p.m. EST on January 6, 2021.

5. Government Exhibit 7 is a clip from the body-worn camera video of Officer H.F. with the Metropolitan Police Department. The clip is approximately 12 seconds long. The events depicted in the exhibit occurred at approximately 2:33 p.m. EST on January 6, 2021.

If the Court accepts these proposed exhibits into evidence on October 7, 2021, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney

*/s/ Colleen D. Kukowski*
Colleen D. Kukowski
D.C. Bar No. 1012458
Assistant United States Attorney
555 4th St. NW
Washington, DC
(202) 252-2646
Colleen.Kukowski@usdoj.gov