**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-CR-35 (EGS)** |
| | : | |
| **JEFFREY SABOL,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>MOTION TO HOLD ORDER IN ABEYANCE</u>**

The United States of America, by and through its attorney, the Acting United States

Attorney for the District of Columbia, respectfully moves this Court to hold its September 22,

2021 Minute Order granting access to video exhibits for the upcoming hearing in abeyance until

after the hearing occurs on October 7, 2021.   The government fully believes that the public

should be able to obtain access to these video exhibits and does not object to access to the video

exhibits at issue, but because the exhibits will not seemingly become judicial exhibits to which

the right of public access attaches until the October 7, 2021 hearing,[1] the government requests

that access be delayed until that time.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:      */s/ Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
Benet.Kearney@usdoj.gov
(212) 637 2260

---

[1] "[W]hether something is a judicial record depends on the role it plays in the adjudicatory process." *In re Leopold to Unseal Certain Elec. Surveillance Applications & Orders*, 964 F.3d 1121, 1128 (D.C. Cir. 2020). If an item was used "to influence the court," it qualifies as a judicial record. *MetLife, Inc. v. Fin. Stability Oversight Council*, 865 F.3d 661, 668 (D.C. Cir. 2017). However, the D.C. Circuit has made it clear that, for an item to be considered a judicial record, "it is very much a prerequisite" that the item be filed with or reviewed by the court. *SEC v. Am. Int'l Gr., 712 F.3d 1, 4* (D.C. Cir. 2013). *Contra Goldstein v. Forbes (In re Cendant Corp.)*, 260 F.3d 183, 192 (3d Cir. 2001) ("While filing clearly establishes [status as a judicial record], a document may still be construed as a judicial record, absent filing, if a court interprets . . . that document.").

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion to Hold in Order in Abeyance was

served on all counsel of record via the Court's electronic filing service.


 */s/ Benet J. Kearney*
BENET J. KEARNEY
Assistant United States Attorney


Date:   September 23, 2021