UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-35 (EGS) |
| | : | |
| **JEFFREY SABOL,** | : | |
| **LOGAN JAMES BARNHART,** | : | |
| | : | |
| **Defendants.** | : | |

## MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The Court previously entered a protective order with respect to defendant Jeffrey Sabol on March 8, 2021 (the "March 8, 2021 Protective Order"). The attached proposed protective order updates that order to provide for the designation by the Government of materials as "Sensitive" or "Highly Sensitive," to make clear which materials are subject to that designation, and to further clarify the requirements for the storage, handling, and dissemination of those materials.

The United States and counsel for the above-named Defendants have reached an agreement as to this proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendants do not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: _____/s/_____
BENET J. KEARNEY
Assistant United States Attorney, Detailee
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
Benet.Kearney@usdoj.gov
(212) 637 2260