UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| )  | |
| v.           ) | No.    21-cr-00035-6 (RC) |
| LOGAN JAMES BARNHART,       ) | |
| )  | |
| Defendant.           ) | |
| )  | |

### UNOPPOSED MOTION FOR BRIEF CONTINUANCE OF SENTENCING

Mr. Logan Barnhart, by and through his attorney, submits this unopposed motion to continue his sentencing from March 9 to a date during the first two weeks of April. The sentencing hearing was scheduled by the Honorable Judge Sullivan as a video sentencing. In light of the expiration of the Cares Act authorization to hold sentencing in felony cases remotely, counsel assumes this will be converted to an in person hearing. Unfortunately, counsel neglected to advise Mr. Barnhart of this fact until this morning and he needs additional time to make the arrangements to appear in person. The government does not object to this continuance and the parties are generally available the first two weeks of April, 2023.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Shelli_peterson@fd.org