# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 1:21-cr-35-RC** |
| | : | |
| **v.** | : | |
| | : | |
| **JEFFREY SABOL** | : | |
| **Defendant** | | |

## JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through the United States Attorney, and the defendant, Jeffrey Sabol, by and through his attorney Alex Cirocco, Esq., hereby move this Court to continue the sentencing hearing for Mr. Sabol, currently scheduled for January 19, 2024 until the week of March 18, 2024, if the Court's calendar allows. (Co-defendant Jack Wade Whitton is scheduled for sentencing on March 20, 2024.)

If the Court grants this motion, both parties also request a scheduling Order be entered for Sentencing Memorandums in accordance with the new sentencing date.

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies, on Saturday, December 16, 2023, the within motion was filed via the Court's electronic filing service.

Dated: December 16, 2023                    Respectfully Submitted,

                                            s/Alex Cirocco

                                            Alex Cirocco, Esq.
                                            Attorney for Jeffrey Sabol
                                            DC Bar ID # NJ 037
                                            Law Offices of Alex Cirocco, LLC
                                            600 Getty Avenue, Suite 305
                                            Clifton, NJ 07011
                                            973-327-9995
                                            alex@ciroccolaw.com