UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 1:21-cr-35-RC |
| | : | |
| v. | : | |
| | : | |
| **JEFFREY SABOL** | : | |

**Defendant**

### DEFENDANT JEFFREY SABOL'S MOTION TO CONTINUE SENTENCING

The defendant, Jeffrey Sabol, by and through his attorney Alex Cirocco, Esq., hereby moves this Court to continue the sentencing hearing for Mr. Sabol, currently scheduled for March 21, 2024. Defendant's sentence was initially scheduled for January 19, 2024 and was adjourned to March 21, 2024 on a joint motion of the parties.

Defendant makes this motion based on the anticipated decision in <u>Fischer v. United States</u>, 22-3038, which is currently scheduled for oral argument before the United States Supreme Court on April 16, 2024. The Supreme Court's decision, in sum, will decide if the Government can use the charge of 18 U.S.C. §1512(c) to prosecute January 6 defendants. Defendant was convicted of this charge, along with two other felonies, at his stipulated trial on August 18, 2023.

Defendant submits that if the Supreme Court rules in favor of <u>Fischer</u>, and that 18 U.S.C. §1512(c) cannot be used to prosecute January 6 defendants, defendant's total offense level on his Pre-Sentence Report would be lower and result in a lower guideline calculation.

The Government takes no position on defendant's request.

If the Court grants this motion, defendant would request a sentencing date in July 2024 if the Court's calendar can accommodate.

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies, on Saturday, February 24, 2024, the within motion was filed via the Court's electronic filing service.

Dated: February 24, 2024                Respectfully Submitted,

                                        s/Alex Cirocco

                                        Alex Cirocco, Esq.
                                        Attorney for Jeffrey Sabol
                                        DC Bar ID # NJ 037
                                        Law Offices of Alex Cirocco, LLC
                                        600 Getty Avenue, Suite 305
                                        Clifton, NJ 07011
                                        973-327-9995
                                        alex@ciroccolaw.com