**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | 21 Cr. 035 (RC) |
| : | |
| JEFFREY SABOL, : | |
| : | |
| **Defendant.** : | |

## UNOPPOSED MOTION TO EXTEND SENTENCING SUBMISSION DEADLINE

The United States, by and through the United States Attorney, hereby move this Court to continue the parties' deadline to file their sentencing submissions. Currently the submissions must be filed by March 12, 2024. The government respectfully requests that the Court extend that deadline until March 14, 2024. The government has consulted with counsel for the defendant, who does not oppose this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By: /s/ *Benet J. Kearney*
BENET J. KEARNEY
NY Bar No. 4774048
Assistant United States Attorney
26 Federal Plaza
New York, New York 10278
(212) 637 2260
benet.kearney@usdoj.gov