## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | Case No. 21-cr-35 (RC) |
| **JEFFREY SABOL,** | |
| **Defendant.** | |

### MOTION TO FILE REDACTED VERSION OF THE GOVERNMENT'S SENTENCING MEMORANDUM ON THE PUBLIC DOCKET AND SEAL EXHIBIT 17

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby respectfully moves to file a redacted version of the government's sentencing memo and file Government's Exhibit 17 under seal. Several sentences have been redacted from pages 37-38 of the Government's Sentencing Memorandum. Further, Government's Exhibit 17 to the Sentencing Memorandum has been filed under seal. The redacted sentences from the Sentencing Memorandum and Government's Exhibit 17 contain the victim's medical information.

//

//

//

//

//

//

//

WHEREFORE, the government respectfully requests that the Court grant the government's motion and issue an order sealing Government's Exhibit 17 to the Sentencing Memorandum and allowing the Government to file a redacted sentencing memorandum on the public docket (ECF) in this matter.

Dated: March 14, 2024	Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

*/s/ Alexandra F. Foster*
Alexandra F. Foster
Assistant United States Attorney
Washington, D.C. Bar No. 470096
619-546-6735
Alexandra.Foster@usdoj.gov