UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case No. 21-CR-35 (RC) |
| : | |
| **v.** : | |
| : | |
| **JEFFREY SABOL,** : | |
| : | |
| **Defendant.** : | |

### DEFENDANT'S NOTICE CONCERNING ONLINE FUNDRAISING

The Presentence report for defendant noted that as of March 5, 2024, defendant's fiancé had raised $19,438 through the online fundraising platform "GiveSendGo". PSR, ¶ 128. Undersigned counsel has conferred with defendant and his fiancé and understands that all of these funds were used to fulfill defendant's obligation of $500 per month in child support to his youngest daughter.

Defendant's ex-wife has also submitted an affidavit attesting to this, which has been submitted with defendant's sentencing memo. (See Exhibit B, ECF #451)

Dated: March 20, 2024

Respectfully Submitted,

s/Alex Cirocco

Alex Cirocco, Esq.
Attorney for Jeffrey Sabol
DC Bar ID # NJ 037
Law Offices of Alex Cirocco, LLC
547 Union Blvd., 2nd Floor
Totowa, NJ 07512
973-327-9995
alex@ciroccolaw.com